# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
# (Northern Division)

| | |
|---|---|
| Brenda Cruz, *Plaintiff*, v. Lendmark Financial Services, LLC *Defendant*. | Case No. 1:16−cv−03183−ELH |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this case without prejudice, as Defendant has not served an answer or a motion for summary judgment.

Respectfully submitted,

/s/ Benjamin H. Carney
Benjamin H. Carney (Fed. Bar No. 27984)
bcarney@GWCfirm.com
Martin E. Wolf (Fed. Bar No. 09425)
mwolf@GWCfirm.com
Gordon, Wolf & Carney, Chtd.
102 West Pennsylvania Ave.
Towson, Md. 21204
Telephone: (410) 825-2300
Facsimile: (410) 825-0066

**Attorneys for Plaintiff**